ERICSSON, INC. and Telefonaktiebolaget Lm Ericsson, Plaintiffs/Counterclaim Defendants,

and

Ericsson Components
AB, Counterclaim
Defendant,

v.

HARRIS CORPORATION,
Defendant/Counterclaimant,

and

Intersil Corporation,
Defendant/Counterclaimant,

and

Harris Canada, Inc., Counterclaimant.

In re Subpoena of Legerity, Inc.,

Harris Corporation, Movant–Appellant,

v.

Legerity, Inc., Respondent–Appellee.

No. 01–1362.

United States Court of Appeals,
Federal Circuit.

Dec. 19, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).